150 A.3d 938

IN THE MATTER OF RAYMOND S. NADEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 010451982)

December 7, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–372, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **RAYMOND S. NADEL** of **CHERRY HILL,** who was admitted to the bar of this State in 1982, should be censured based discipline imposed in the state of Delaware that in New Jersey constitutes a violation of *RPC* 5.5(a)(1) (a lawyer shall not practice law in a jurisdiction where doing so violates the regulation of the legal profession in that jurisdiction), and good cause appearing;

It is ORDERED that **RAYMOND S. NADEL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.